CITY OF MOUNT VERNON, Appellant, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

(Submitted May 29, 1922; decided June 6, 1922.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and printing disbursements, without prejudice to the right of the railroad company to apply at Special Term for an extension of time beyond that provided in the judgment as entered, to enable it to comply with the provisions of the same. (See 232 N. Y. 309.)

---

MAYBELLE D. GOUERT, Appellant, *v.* THE MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, and WILLIAM P. FISHER, Appellant, Impleaded with Others.

(Submitted May 29, 1922; decided June 6, 1922.)

Motion for a re-argument denied, with ten dollars costs and necessary printing disbursements. (See 233 N. Y. 576.)

---

EAGLE MANUFACTURING COMPANY, Respondent, *v.* ARKELL & DOUGLAS, INC., Appellant.

*Appeal — motion to dismiss for failure to prosecute denied.*

Reported below, 197 App. Div. 788.

(Submitted May 29, 1922; decided June 6, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1921, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the ground of failure to serve and file the case on appeal and appellant's brief.

*Ludwig M. Wilson* for motion.

*Emil Weitzner* opposed.

Motion denied, without costs.